Civil Action No. 1:17-cv-02570  MOUNANG PATEL, individually and on behalf of  v.
COMCAST CORPORATION and COMCAST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **COMCAST CORPORATION**
was received by me on *(date)* **Apr 5, 2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ROBERT C. SERSCH, Senior Fulfillment Specialist**, who is designated by law to accept service of process on behalf of *(name of organization)* **COMCAST CORPORATION** on *(date)* **Apr 11, 2017** ; or

☐ I returned the summons unexecuted because _____
  Date:
☐ Other *(specify)*:

My fees are $ **0** for travel and $ **68.00** for services, for a total of $ **68.00**

I declare under penalty of perjury that this information is true.

Date: **April 13, 2017**

*Server's signature*

**Jonathan DiBello, Process Server**
*Printed name and title*

29097

**123 South 22nd Street, Philadelphia PA 19103**
*Server's address*

Additional information regarding attempted service, etc: Documents **(Summons, Complaint)** were served at **c/o CT Corporation System, 116 Pine Street, Suite 320, Harrisburg, PA 17101**

**Notes:**

LawServe LLC
123 South 22nd Street
Philadelphia PA 19103

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MOUNANG PATEL, individually and on behalf
of all others similarly situated,

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-02570 |
| ASSIGNED JUDGE: | Hon. Elaine E. Bucklo |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Maria Valdez |

V.

COMCAST CORPORATION and COMCAST
CABLE COMMUNICATIONS, LLC, d/b/a
XFINITY

TO: (Name and address of Defendant)
COMCAST CORPORATION
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, Pennsylvania 17101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
William M. Sweetnam
SWEETNAM LLC
100 North La Salle Street, Suite 2200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____twenty-one (21)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/_ 

(By) DEPUTY CLERK



April 6, 2017

DATE