Civil Action No. 1:17-cv-02570

MOUNANG PATEL, individually and on behalf of v.
COMCAST CORPORATION and COMCAST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY**
was received by me on *(date)* **Apr 5, 2017** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **GAY BEASTEN, Administrative Assistant** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY** on *(date)* **Apr 12, 2017** ; or

☐ I returned the summons unexecuted because
Date:
☐ Other *(specify)*:

My fees are $ **0** for travel and $ **58.00** for services, for a total of $ **58.00**

I declare under penalty of perjury that this information is true.

Date: **April 12, 2017**

*Server's signature*

**Charles Murphy, Process Server**
*Printed name and title*

29096

**123 South 22nd Street, Philadelphia PA 19103**
*Server's address*

Additional information regarding attempted service, etc: Documents **(Summons, Complaint)** were served at **c/o Comcast Capital Corporation 1201 North Market Street, Suite 1000, Wilmington, DE 19801**

**Notes:**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MOUNANG PATEL, individually and on behalf of all others similarly situated,

    Plaintiff,

CASE NUMBER: 1:17-cv-02570

V.

ASSIGNED JUDGE: Hon. Elaine E. Bucklo

COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY,

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

    Defendants.

TO: (Name and address of Defendant)

COMCAST CABLE COMMUNICATIONS, LLC,
d/b/a XFINITY
c/o Comcast Capital Corporation
1201 North Market Street, Suite 1000
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Sweetnam
SWEETNAM LLC
100 North La Salle Street, Suite 2200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21 (twenty-one)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

April 4, 2017

DATE