# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOUNANG PATEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY,<br><br>Defendants. | Case No.: 1:17-cv-02570<br><br>Judge Elaine E. Bucklo<br><br>Mag. Judge Maria Valdez |

## DEFENDANT COMCAST CABLE COMMUNICATIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Comcast Cable Communications, LLC discloses that it is an indirectly, wholly-owned subsidiary of Comcast Corporation, a publicly held corporation.

Respectfully submitted,

April 24, 2017

*/s/ Justin O. Kay*
Justin O. Kay (ARDC No. 6286557)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, Illinois 60606
(312) 569-1000
Justin.Kay@dbr.com

OF COUNSEL:

Seamus C. Duffy
Michael W. McTigue Jr.
Meredith C. Slawe

DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
(215) 988-2700
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Meredith.Slawe@dbr.com

*Attorneys for Defendants
Comcast Corporation and
Comcast Cable Communications, LLC,
d/b/a Xfinity*

# **CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Corporate Disclosure Statement* on the following electronically by using the CM/ECF system on this 24th day of April, 2017:

William M. Sweetnam
**Sweetnam LLC**
100 North LaSalle Street, Suite 2200
Chicago, IL 60602
Phone: (312) 757-1888
Email: wms@sweetnamllc.com


/s/ Justin O. Kay
Justin O. Kay