# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOUNANG PATEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY,<br><br>    Defendants. | CIVIL ACTION<br><br>District Judge Elaine E. Bucklo<br><br>Magistrate Judge Maria Valdez<br><br>No. 1:17-cv-02570 |

### DECLARATION OF CLAUDIA SALCEDO IN SUPPORT OF DEFENDANTS' MOTION TO PARTIALLY STRIKE PLAINTIFF'S CLASS ALLEGATIONS AND MOTION TO DISMISS

I, CLAUDIA SALCEDO, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Litigation Paralegal for Comcast Cable Communications, LLC ("Comcast Cable"), which is a subsidiary of Comcast Corporation.

2. As a Litigation Paralegal, I am familiar with (a) the content and provisions of the Comcast Agreement for Residential Services, the Comcast Customer Privacy Notice, and other documents that govern subscribers' services; (b) Comcast Cable's policies and practices for disseminating legal notifications to subscribers; (c) subscriber information maintained by Comcast Cable in the ordinary course of its business; and (d) the corporate structure of Comcast Corporation and its direct and indirect subsidiaries.

3. I submit this Declaration in support of Defendants' Motion to Strike the Class Allegations and Motion to Dismiss in the above-captioned action.

4. Comcast Corporation is a Pennsylvania corporation that has its principal place of business in Philadelphia, Pennsylvania.

5. Comcast Corporation is a holding company, not an operating company.

6. As a holding company, Comcast Corporation holds direct and indirect ownership interests in subsidiaries that deliver cable services throughout the United States, including Comcast Cable, which is a limited liability company organized under the laws of Delaware with its principal place of business in Philadelphia, Pennsylvania.

7. I have reviewed Comcast Cable's business records regarding Plaintiff Mounang Patel's ("Plaintiff") account and the Complaint filed in the above-captioned case. I understand that Plaintiff seeks to represent "[a]ll natural persons domiciled in the United States or its territories who, on or after January 14, 2015, paid Comcast Cable a security or other deposit in lieu of a credit check when subscribing to Xfinity video, high-speed Internet and/or voice services and whose credit reports Comcast Cable nonetheless obtained" (the "Putative Class"). Compl. ¶ 25.

8. Comcast's business records indicate that Plaintiff ordered Comcast High Speed Internet and Cable on March 19, 2017.

9. In the ordinary course of business, like Plaintiff, all of Comcast Cable's subscribers receive a Welcome Kit, which contains a copy of the combined Privacy Notice and Comcast Agreement for Residential Services (collectively, the "Subscriber Agreement") when they initiate services.

10. All Comcast Cable subscribers are parties to a Subscriber Agreement.

11. Attached to the Motion to Strike as Exhibit B is a true and correct copy of the Subscriber Agreement dated January 2017 that Plaintiff received when his services were installed.

12. The Subscriber Agreement contains a one-year contractual limitations provision and states: "YOU MUST COMMENCE YOUR ACTION WITHIN ONE (1) YEAR OF THE DATE OF THE OCCURRENCE OF THE EVENT OR FACTS GIVING RISE TO A DISPUTE OR YOU WAIVE THE RIGHT TO PURSUE ANY CLAIM BASED ON SUCH EVENTS, OR FACTS." Ex. B, Subscriber Agreement § 11(a).

13. The Subscriber Agreement contains a binding arbitration agreement: "Any Dispute involving you and Comcast shall be resolved through individual arbitration. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court." *Id.* § 13(a).

14. The arbitration agreement also contains a class action waiver: "THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS ACTION, JOINT OR CONSOLIDATED BASIS." *Id.* § 13(h).

15. The arbitration agreement gives each subscriber the right to unilaterally opt out of arbitration: "IF YOU DO NOT WISH TO ARBITRATE DISPUTES, YOU MAY DECLINE TO HAVE YOUR DISPUTES WITH COMCAST ARBITRATED BY NOTIFYING COMCAST IN WRITING, WITHIN 30 DAYS OF THE DATE THAT YOU FIRST RECEIVE THIS AGREEMENT." *Id.* § 13(d).

16. Comcast Cable's customer business records indicate that Plaintiff exercised his right to opt out of the arbitration agreement on March 23, 2017.

17. Attached to the Motion to Strike as Exhibit C is a true and correct copy of the Comcast Agreement for Residential Services dated January 2015.

18. Attached to the Motion to Strike as Exhibit D is a true and correct copy of the Comcast Agreement for Residential Services dated April 2015.

19. Attached to the Motion to Strike as Exhibit E is a true and correct copy of the Comcast Agreement for Residential Services dated July 2015.

20. Attached to the Motion to Strike as Exhibit F is a true and correct copy of the Comcast Agreement for Residential Services dated October 2015.

21. Attached to the Motion to Strike as Exhibit G is a true and correct copy of the Comcast Agreement for Residential Services dated January 2016.

22. Attached to the Motion to Strike as Exhibit H is a true and correct copy of the Comcast Agreement for Residential Services dated April 2016.

23. Attached to the Motion to Strike as Exhibit I is a true and correct copy of the Comcast Agreement for Residential Services dated July 2016.

24. Attached to the Motion to Strike as Exhibit J is a true and correct copy of the Comcast Agreement for Residential Services dated October 2016.

25. Comcast Cable's business records further indicate that Plaintiff received a refund of his $100.00 deposit on July 14, 2017.

26. If called as a witness, I would and could competently testify to all of the foregoing, which is within my personal knowledge or based upon information gathered by me within the course and scope of my duties as a Litigation Paralegal for Comcast Cable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2017

_____
Claudia Salcedo