**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOUNANG PATEL, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:17-cv-02570 |
| v. ) ) | Judge Elaine E. Bucklo |
| COMCAST CORPORATION, *et al.*, ) ) | Mag. Judge Maria Valdez |
| Defendants. ) | |

## NOTICE OF DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff, Mounang Patel, through his undersigned counsel, voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal is with prejudice, with each side to bear its own costs and fees.

Dated: April 2, 2018                                     s/ Natasha Singh

William M. Sweetnam
Natasha Singh
SWEETNAM LLC
100 North La Salle Street, Suite 2200
Chicago, Illinois 60602
(312) 757-1888
wms@sweetnamllc.com
ns@sweetnamllc.com

*Attorneys for Plaintiff Mounang Patel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                               s/ Natasha Singh