# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

| | | |
|---|---|---|
| Mounang Patel | | |
| | Plaintiff, | |
| v. | | Case No.: 1:17−cv−02570 |
| | | Honorable Elaine E. Bucklo |
| Comcast Corporation, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 6, 2018:

    MINUTE entry before the Honorable Elaine E. Bucklo: A notice of voluntary dismissal has been filed. This case is dismissed with prejudice, with each side to bear its own costs and fees. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.